BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cv-02362-WBS-EFB |
| Plaintiff, | EX PARTE APPLICATION FOR CONTINUANCE OF SCHEDULING CONFERENCE; ORDER THEREON |
| v. | |
| KENNETH JOHN MALINOWSKI, | |
| Defendant. | Date:  June 13, 2011<br>Time:  2:00 p.m. |
| _____/ | |

        Plaintiff the United States of America hereby requests a 30-day continuance of the Scheduling

Conference presently set for June 13, 2011 at 2:00 p.m.  The continuance is requested because new

counsel has substituted into the case and needs additional time to become familiar with the issues.

Additionally, Defendant has no telephone number on record and is not easily reached.  The proposed

Joint Status Report was express mailed to Defendant on June 1, 2011 and a reply requested.  If the United

States does not receive input from Defendant on the draft Joint Status Report by the filing deadline for

the continued scheduling conference hearing, Plaintiff with file the report without Defendant's input.

Additionally, based on comments that Mr. Malinowski made to this Court on February 16, 2011, that he

was agreeable to terminating the lien, the United States has asked Defendant:  1) to concur in a

stipulation to the entry of an Order by this Court permitting the California Secretary of State to expunge

from her records the UCC1 Financing Statement complained of in this action and the related termination

statement; 2) to agree to refrain from filing similar non-consensual liens against court and other government personnel in the future; and 3) to agree to the dismissal of this action, each side to bear its own costs.  The parties will advise if a settlement is reached prior to the continued hearing.  The Court's consideration of this request is appreciated.


DATE: June 1, 2011                              BENJAMIN B. WAGNER
                                                United States Attorney

                                   By      /s/ Kelli L. Taylor
                                                KELLI L. TAYLOR
                                                Assistant U.S. Attorney

                                                Attorneys for the United States of America


**ORDER**

        For good cause shown, the Scheduling Conference currently set for June 13, 2011 at 2:00 p.m. shall be continued to July 20, 2011 at 10:00 a.m. in Courtroom No. 24 and shall be heard by the undersigned pursuant to Local Rule 302(c)(21).  On or before July 6, 2011, the parties shall file a Joint Status Report, as provided in the September 2, 2010 order.[1]  The parties shall advise the Court if a settlement is reached prior to the continued hearing.

        SO ORDERED.

DATED:  June 3, 2011.

                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

---

        [1] If the parties are unable to prepare a joint status report, each party shall file a separate status report on or before July 6, 2011.