IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,                                  No. CIV S-10-2362 WBS EFB PS

     vs.

KENNETH JOHN MALINOWSKI,

     Defendant.                                <u>ORDER</u>

_____/

       This action, in which plaintiff is proceeding *pro se*, was referred to the undersigned by Eastern District of California Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  A status (pretrial scheduling) conference in currently set before the undersigned on July 20, 2011.  Dckt. No. 22.  On June 7, 2011, defendant filed a notice "direct[ing the court] to expunge" the UCC liens at issue in this action.  Dckt. No. 23 at 1.  Then, on July 6, 2011, plaintiff filed a status report, construing defendant's filing as "an agreement in principle to the entry of an order of expungement" of the UCC liens at issue; stating that it "concurs in Defendant's request"; and requesting that the court enter an order of expungement.  Dckt. No. 24 at 2.  Plaintiff also indicates that the entry of such an order would resolve this action.  *Id.* at 4.

       In light of the parties' recent filings, the July 20 status conference will be vacated.

////

1

Additionally, defendant will be given an opportunity to respond to plaintiff's request for an order of expungement and/or plaintiff's proposed order of expungement. *See* Dckt. No. 24-1.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 20, 2011 status conference is vacated.

2. If defendant opposes plaintiff's request for an order of expungement and/or plaintiff's proposed order of expungement, he shall file a written opposition thereto on or before July 20, 2011.

3. If defendant fails to timely file an opposition to plaintiff's request for an order of expungement and/or plaintiff's proposed order of expungement, the undersigned will recommend that the proposed order of expungement be signed and that this case be closed.

4. If defendant files an opposition to plaintiff's request for an order of expungement or plaintiff's proposed order of expungement, plaintiff may file a reply thereto on or before July 27, 2011.

SO ORDERED.

DATED: July 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE