IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                             No. CIV S-10-2362 WBS EFB PS

    vs.

KENNETH JOHN MALINOWSKI,

    Defendant.                                       FINDINGS AND RECOMMENDATIONS

_____/

        This action, in which plaintiff is proceeding *pro se*, was referred to the undersigned by Eastern District of California Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On June 7, 2011, defendant filed a notice "direct[ing the court] to expunge" the UCC liens at issue in this action. Dckt. No. 23 at 1. Then, on July 6, 2011, plaintiff filed a status report, construing defendant's filing as "an agreement in principle to the entry of an order of expungement" of the UCC liens at issue; stating that it "concurs in Defendant's request"; and requesting that the court enter an order of expungement. Dckt. No. 24 at 2. Plaintiff also indicated that the entry of such an order would resolve this action. *Id.* at 4.

        In light of the parties' filings, on July 8, 2011, the undersigned issued an order indicating that if defendant opposed plaintiff's request for an order of expungement and/or plaintiff's proposed order of expungement, he was to file a written opposition thereto on or before July 20,

2011.  Dckt. No. 25.  The order further provided that "[i]f defendant fails to timely file an opposition to plaintiff's request for an order of expungement and/or plaintiff's proposed order of expungement, the undersigned will recommend that the proposed order of expungement be signed and that this case be closed." *Id.*

The deadline has now passed, and the docket reflects that defendant has not filed any opposition plaintiff's request for an order of expungement or plaintiff's proposed order of expungement.  Accordingly, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's proposed order of expungement, Dckt. No. 24-1, be signed; and

2. The Clerk be directed to close this case.

DATED: August 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE