BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cv-02362-WBS-EFB |
| Plaintiff, | ORDER OF EXPUNGEMENT |
| v. | |
| KENNETH JOHN MALINOWSKI, | |
| Defendant. | |

Defendant Kenneth John Malinowski filed a UCC-3 termination notice on February 16, 2011, terminating the UCC-1 Financing Statement he had filed with the California Secretary of State on February 21, 2010, wherein he falsely named Victoria C. Minor as debtor.  On June 7, 2011, Defendant filed a Notice regarding abandoned paperwork.  Defendant's Notice specifically directs the Court to expunge from the California Secretary of State's records the UCC-1 and UCC-3 statements filed by Defendant re Ms. Minor (*see* CD #23, Notice at 1).  The Court will construe Defendant's Notice as Defendant's portion of the Joint Status Report directed by the Court's Order dated June 3, 2011 (CD #22).  On July 6, 2011, Plaintiff the United States timely filed its portion of the Joint Status Report,

ORDER                                                                   1

wherein Plaintiff concurs in Defendant's request that the Court enter an order of expungement.

In light of the fact that both parties are in agreement in this matter, and mutually request entry of an order re expungement of the UCC-1 and/or the UCC-3 statements filed by Defendant regarding Ms. Minor; therefore

FOR GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, it is ORDERED that the California Secretary of State is hereby DIRECTED to expunge the following from her records:

1. Document No. 24044970002, Filing No. 10-7223445957, filed February 21, 2010; and/or

2. Document No. 27939000002, Filing No. 11-72606846, filed February 14, 2011.

IT IS SO ORDERED.

DATE: August 5, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE